Robert F. James
UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, Montana 59403
Telephone: (406) 771-0007
Facsimile: (406) 452-9360

Attorneys for Defendant The Glidden Company
   a/k/a ICI Paints North America

FILED
GREAT FALLS DIV.
'07 FEB 16 PM 2 47
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| J. MURRAY HURLBURT and RENEE RATLIFF, individually and as Personal Representatives of the Estate of ARDELLE HURLBURT, deceased,<br><br>        Plaintiffs,<br><br>-vs-<br><br>BONDEX, INC.; DURABOND PRODUCTS, LTD.; GEORGIA PACIFIC CORP.; FLINTKOTE CO.; THE GLIDDEN COMPANY a/k/a ICI PAINTS NORTH AMERICA; JOHN DOES I, II, III, IV AND V,<br><br>        Defendants. | CV-No. 07-16-GF-SEH<br><br>**NOTICE OF REMOVAL** |

**TO:   THE HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA.**

    COMES NOW The Glidden Company a/k/a ICI Paints North America, a defendant in the above cause, and hereby gives notice to the above-entitled Court for removal of this cause from the Montana Twelfth Judicial District Court, Hill County, to the above-entitled

United States District Court, Great Falls Division, pursuant to 28 U.S.C. §1446, and for its grounds for removal alleges:

1. The action is a civil action alleging personal injury and wrongful death. The action was commenced January 22, 2007, by filing a complaint in the Montana Twelfth Judicial District Court, Hill County. The plaintiffs are citizens of the State of Montana. Defendant The Glidden Company a/k/a ICI Paints North America is a citizen of a state other than Montana because it was incorporated under the laws of the State of Ohio and its principal place of business is in the state of Ohio;

2. The complaint does not specify a sum certain for damages claimed. However, from the contents of the complaint it reasonably appears that the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000) and is a suit respectively between citizens of the State of Montana as plaintiffs and a citizen of the State of Ohio. This defendant believes that the sum exceeds $75,000 because if the plaintiffs recover their damages pursuant to Montana law, it will exceed the jurisdictional requirement. In addition, plaintiffs' counsel has indicated to the undersigned that his clients are seeking more than $75,000 in damages. The above-entitled Court has jurisdiction of this case pursuant to 28 U.S.C. § 1332;

3. That on or about February 1, 2007, plaintiff caused a summons and complaint to be delivered to ICI Americas, Inc. through the Commissioner of Insurance, and attached hereto and marked as Exhibits 1 through 4, respectively, are copies of the Complaint, a letter from the Montana Commissioner of Insurance, Summons, and Civil Cover Sheet;

4. That this notice is filed within 30 days after receipt by this defendant of the complaint and summons issued by the state court;

5. This defendant will, upon filing of this notice of removal, give written notice to the above-named plaintiff and file with the Montana Twelfth Judicial District Court, Hill County, the notice of its filing and request for transfer pursuant to Mont. R. Civ. P. 77(e). This case will then be removed from the state district court to the above-captioned United States District Court. See Exhibit E, Notice of Filing of Notice of Removal and Request for Transfer.

DATED this 16th day of February, 2007.

By: /s/ Robert F. James
Robert F. James
UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.
Attorneys for Defendant The Glidden Company
a/k/a ICI Paints North America

STATE OF MONTANA ) 
: ss.
County of Cascade )

Robert F. James, being first duly sworn, deposes and says:

That I am the attorney for Defendant The Glidden Company a/k/a ICI Paints North America in the above-entitled action, that I have read the foregoing Notice of Removal, knows the contents thereof, and that the matters and things stated therein are true to my best knowledge, information and belief.

Robert F. James

SUBSCRIBED AND SWORN TO before me this 16th day of February, 2007.

SANDRA J. WEBB
NOTARY PUBLIC FOR THE STATE OF MONTANA
Residing in Great Falls, Montana
My Commission Expires:

(NOTARIAL SEAL)

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2007, a copy of the foregoing was served upon the following persons by the following means:

    1    CM/ECF
    ___  Hand Delivery
    2, 3 Mail
    ___  Overnight Delivery Service
    ___  Fax
    ___  E-mail

1.  Clerk, U.S. District Court

2.  Chris R. Young
    Attorney at Law
    339 Third Street
    P.O. Box 1070
    Havre, MT  59501

2.  Clerk of Court
    Hill County Courthouse
    315 Fourth Street
    Havre, MT  59501-3999


                                By:   /s/ Robert F. James
                                Robert F. James
                                UGRIN, ALEXANDER, ZADICK & HIGGINS, P.C.
                                Attorneys for Defendant The Glidden Company
                                a/k/a ICI Paints North America